# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALEEK BROWN,** | : | |
| *Plaintiff, Pro Se* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **PHYSICIAN ASSISTANT** | : | |
| **JOHN NICHOLSON** *et al.*, | : | **NO. 18-3328** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this _7th_ day of February, 2020, upon consideration of Defendants Corrections Health Care Administrator Shirley Law-Smith's and Superintendent Marirosa Lamas' Motion to Dismiss (Doc. No. 16), the Court's September 4, 2019 Order directing Plaintiff Maleek Brown to respond to the Motion to Dismiss by September 27, 2019 (Doc. No. 25), Defendant Physician Assistant John Nicholson's Motion to Dismiss (Doc. No. 27), Mr. Brown's letter stating he wishes to continue his case (Doc. No. 28), the Court's October 18, 2019 Order directing Mr. Brown to respond to both Motions to Dismiss by November 15, 2019 (Doc. No. 29), the Court's December 20, 2019 Order directing Mr. Brown to respond to both Motions to Dismiss by January 20, 2020 (Doc. No. 32), and Mr. Brown's continued failure to respond to either Motion, it is **ORDERED**, as set forth in the accompanying Memorandum, that:

1. Defendants Corrections Health Care Administrator Shirley Law-Smith's and Superintendent Marirosa Lamas' Motion to Dismiss (Doc. No. 16) is **GRANTED**;

2. Defendant Physician Assistant John Nicholson's Motion to Dismiss (Doc. No. 27) is **GRANTED**; and

3. Mr. Brown is given thirty (30) days to file an amended complaint. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Brown's claims against each defendant. Mr. Brown should provide enough information for the Court to understand what happened to him and how each named defendant acted to cause him injury. When drafting his amended complaint, Mr. Brown should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE